JOHN R. YATES, ESQ. (State Bar No. 120344)
jyates@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534
Email: jyates@greenbass.com

Attorneys for Plaintiff
Fiesta Insurance Franchise Corporation

JAMES W. PENGILLY, ESQ.
Pengilly Robbins Slater & Bell
10080 West Alta Drive, Suite 140
Las Vegas, NV 89145
Tel: (702) 889-6665 • Fax (702) 889-6664

Attorneys for Defendants
Auto Insurance of Nevada, Inc. dba Fiesta Insurance
And Rob Schnider

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fiesta Franchise Insurance Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Fiesta Insurance, a business entity; Rob Schnider, an individual; and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: CV10-03148 ODW (AGRx)<br><br>**ORDER RE PERMANENT INJUNCTION AND CONSENT JUDGMENT** |

　　　　Plaintiff Fiesta Franchise Insurance Corporation ("FIFC" or "Plaintiff") and Defendants Auto Insurance of Nevada, Inc. dba Fiesta Insurance and Rob Schnider (collectively, "Fiesta" or "Defendants"), having stipulated as set forth below to the entry of this Consent Judgment and Permanent Injunction,

　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

///

1
**ORDER RE PERMANENT INJUNCTION AND CONSENT JUDGMENT**

214860.1  30427.0007

**FINDINGS**

1. This Court has jurisdiction of the subject matter of this action and the parties hereto.

2. Plaintiff is the owner of the intellectual property rights, including trademark rights, associated with the names FIESTA INSURANCE and FIESTA AUTO INSURANCE in connection with insurance brokerage services and tax preparation services.

3. Plaintiff's trademarks are protectable, and Plaintiff has obtained federal registration of the mark FIESTA INSURANCE (U.S. Reg. No. 3503108) and of the mark FIESTA AUTO INSURANCE (U.S. Reg. No. 3721845) with the United States Patent and Trademark Office.

4. Plaintiff FIFC filed a complaint for trademark infringement, false designation of origin and unfair competition (the "Complaint") on or about April 27, 2010 against Defendants.

5. Defendants have been duly served with the Complaint, and individual defendant Rob Schnider has been dismissed as a party.

6. Defendants have agreed to stipulate to the relief sought as set forth herein, as a full and final resolution of all claims against Auto Insurance of Nevada, Inc. dba Fiesta Insurance and Rob Schnider related to the use of the trademarks FIESTA INSURANCE and FIESTA AUTO INSURANCE, except claims relating to or arising from Defendants' alleged failure to comply with this injunction.

**PERMANENT INJUNCTION**

1. Defendant Auto Insurance of Nevada, Inc. dba Fiesta Insurance and each of its agents, servants, employees, successors and assigns, including but not limited to Rob Schnider, and all those acting in concert or participation with Defendant, are hereby permanently enjoined from engaging in or performing directly or indirectly any and all of the following acts, beginning on April 1, 2011 and continuing thereafter:

   (a) Doing business (including marketing, advertising and promoting their products or services) using the name Fiesta Insurance, or any other mark that is confusingly

similar to Plaintiff's FIESTA INSURANCE and FIESTA AUTO INSURANCE marks, including without limitation, use in any domain name or website meta tags;

    (b)    Using any false designation of origin or false description which leads, or is likely to lead, the public or individual members thereof to believe that the Defendant's insurance services are associated with, sponsored or endorsed by, or otherwise refer or relate to Plaintiff's company or insurance brokerage or tax preparation services;

    (c)    Infringing Plaintiff's rights in its registered marks FIESTA INSURANCE and FIESTA AUTO INSURANCE; or

    (d)    Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a)-(c) above at any time; and.

2.    The Court shall retain personal jurisdiction over Auto Insurance of Nevada, Inc. dba Fiesta Insurance and Rob Schnider and shall retain subject matter jurisdiction of this action for purposes of enforcement of this Judgment and the Settlement Agreement of September 2010 which has been entered into by the parties to this action.

3.    The clerk is directed to enter this Judgment forthwith without the necessity of any further order of this court.

DATED: September 27, 2010

By: _____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

3
ORDER RE PERMANENT INJUNCTION AND CONSENT JUDGMENT
214860.1   30427.0007